July 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

APRIL BROWN, DAVID RAFFERTY, STEVE GANN, KATHY HILTON, IRENE GARCIA AND STEVE STUCKEY, Appellants

NO. 14-14-00491-CV                            V.

WILLIAM HENSLEE, TOM JENKINS, TROY JONES, DAVID MARKS, BARNARD PEARL, THOMAS WALSH, STAN WILLIAMS, JACK EREIRA AND ANDREW ROSENBERG'S, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on May 22, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.